# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**914**

**CA 15-00256**

PRESENT: SCUDDER, P.J., SMITH, CENTRA, PERADOTTO, AND CARNI, JJ.

---

PAUL K. ISAAC AND PARAMOUNT SETTLEMENT
PLANNING, LLC, PLAINTIFFS-APPELLANTS,

|                                          |        |
|------------------------------------------|--------|
| V                                        | ORDER  |

MEDICAL LIABILITY MUTUAL INSURANCE COMPANY,
RINGLER ASSOCIATES, INC., BLACK, HOLCOMB,
SMITH & ASSOCIATES, INC., KIPNES CROWLEY
GROUP, LLC, THE PENSION COMPANY, AND JMW
SETTLEMENTS, INC., DEFENDANTS-RESPONDENTS.

---

LAW OFFICE OF J. MICHAEL HAYES, BUFFALO (J. MICHAEL HAYES OF COUNSEL),
FOR PLAINTIFFS-APPELLANTS.

MANATT, PHELPS & PHILLIPS, LLP, NEW YORK CITY (RONALD G. BLUM OF
COUNSEL), FOR DEFENDANT-RESPONDENT MEDICAL LIABILITY MUTUAL INSURANCE
COMPANY.

HODGSON RUSS LLP, BUFFALO (RYAN J. LUCINSKI OF COUNSEL), FOR
DEFENDANTS-RESPONDENTS BLACK, HOLCOMB, SMITH & ASSOCIATES, INC. AND
KIPNES CROWLEY GROUP, LLC.

CONNORS & VILARDO, LLP, BUFFALO (LAWLOR F. QUINLAN, III, OF COUNSEL),
FOR DEFENDANT-RESPONDENT THE PENSION COMPANY.

LANDMAN CORSI BALLAINE & FORD P.C., NEW YORK CITY (MARK S. LANDMAN OF
COUNSEL), FOR DEFENDANT-RESPONDENT JMW SETTLEMENTS, INC.

-------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered April 23, 2014. The order granted the motions of defendants to dismiss the second amended complaint.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

|                                |                           |
|--------------------------------|---------------------------|
| Entered: October 2, 2015       | Frances E. Cafarell       |
|                                | Clerk of the Court        |